# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| HERMAN GOLDSTEIN, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-11-3198 |
| | § | |
| VANGUARD NATURAL RESOURCES, *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Plaintiff's notice of voluntary dismissal (Dkt. 13) is GRANTED.  It is therefore ORDERED that this action is DISMISSED without prejudice.


Signed at Houston, Texas on June 11, 2012.

_____
Gray H. Miller
United States District Judge